M. P. No. 77-230. VIRGINIA REILLY *v.* EDWARD ALGER, *Alias Mrs. Edward Alger, Alias Eleanor Alger.* The petition for writ of certiorari is denied. *Gary Yesser,* for plaintiff-respondent. *James P. Flynn,* for defendants-petitioners.

M. P. No. 77-237. TERRY LYNN THORPE *v.* ANTHONY CABRAL LOUIS JONES. The petition for writ of certiorari is denied. *Julius C. Michaelson,* Attorney General, *Harold E. Krause, Jr.,* Special Assistant Attorney General, for plaintiff-respondent. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for defendant-petitioner.

M. P. No. 77-239. WILLIAM J. BOYES, *p.p.a.,* WILLIAM BOYES, JR. *v.* HELEN I. MARTIN *and* UNITED TRUCK AND BUS SERVICE CO. The petition for writ of certiorari is granted and the writ shall issue forthwith.

This case is consolidated with the case of *Boyes et al.*v. *Martin et al.* M. P. No. 77-248 and both cases are consolidated with the cases of *Fireman's Fund* v. *McAlpine,* M. P. No. 76-195 and *Rogers* v. *Toegemann,* M. P. No. 76-226 for oral argument. *Revens, DeLuca & Najarian, John C. Revens, Jr.,* for plaintiffs-respondents. *Carroll, Kelly & Murphy, Joseph A. Kelly,* for United Truck and Bus Service Co., defendant-petitioner.

M. P. No. 77-249. THE HERALD PRESS, INC. *v.* JOHN H. NORBERG, *in his capacity as Tax Administrator of the State of Rhode Island.* The petition for writ of certiorari is granted and the writ shall issue forthwith. *Smith & Smith, Incorporated, Hershel Smith,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 77-255. ALAN WARREN GRUNBERG, *v.* WILLIAM LAURIE, *Assistant Director of Corrections.* The petition for habeas corpus is denied without prejudice. *Alan Warren Grunberg,* pro se, petitioner. *Julius C. Michaelson,*

Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for respondent.

M. P. No. 77-258. JOHN M. RANDALL *v.* JOHN H. NORBERG, *Tax Administrator of the State of Rhode Island.* The petition for writ of certiorari is granted and the writ shall issue forthwith. *Smith & Smith, Incorporated, Z. Hershel Smith*, for petitioner. *Julius C. Michaelson*, Attorney General, *Allen P. Rubine*, Assistant Attorney General, *Perry Shatkin*, Chief Legal Officer (Taxation), for respondent.

M. P. No. 77-264. BERNARD F. MCSALLY, *et al. v.* THE BOARD OF REGENTS OF THE STATE OF RHODE ISLAND. Petition for writ of certiorari is granted and the writ shall issue forthwith.

The parties are directed to argue the issues, among the other issues involved in this case, as to whether certiorari is the proper remedy, see *Jacob* v. *Board of Regents for Education*, 117 R.I. 164, 365 A.2d 430 (1976); whether the School Committee has standing to petition for certiorari, *Town of East Greenwich* v. *Day*, 119 R.I. 1, 375 A.2d 953 (1977); and whether the Commissioner of Education has the authority to remand a case to the School Committee. *William J. Toohey*, City Solicitor, *Russell Bramley*, Assistant City Solicitor, for petitioners. *James F. McAleer*, for William R. O'Brien.

M. P. No. 77-265. RAYMOND E. TRAINOR, JR. *v.* MAURICE J. LOONTJENS, JOSEPH A. LABELLE, JOHN R. HICKEY, RONALD PARISEAU, *Members of the Town Council of the Town of Narragansett.* The petition for writ of quo warranto is granted and the writ shall issue forthwith.

This case is set down for oral argument on Thursday, October 6, 1977 at 9:30 a.m. The oral argument will be limited to the question of whether or not the president of the Town Council of the Town of Narragansett serves at the pleasure of the town council. *Joseph A. Doorley, Jr.*, for petitioner. *Lauria & Sisco, Inc., Emanuel J. Lauria*, for respondents.